## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

RICKIE MAYS
ADC #112604                                                                                    PLAINTIFF

V.                                            5:07CV00111 WRW/HDY

LARRY JOHNSON *et al.*                                                              DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition

submitted by United States Magistrate Judge H. David Young.  No objections have been filed.  After

careful consideration, the Court concludes that the Proposed Findings and Partial Recommended

Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings

in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion for injunctive relief (docket entry

#13) is DENIED.

DATED this 31st day of October, 2007.


                                   /s/Wm. R. Wilson, Jr.
                              UNITED STATES DISTRICT JUDGE