# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**RICKIE MAYS**                                                                                          **PLAINTIFF**

**V.**                                            **5:07CV00111-WRW**

**LARRY JOHNSON** *et al.*                                                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 10th day of October, 2008.


                                                 /s/Wm. R. Wilson, Jr.
                                       UNITED STATES DISTRICT JUDGE